1  Mark V. Asdourian, Esq. (State Bar No. 123688)
   Attorney & Counsellor At Law
2  A Professional Corporation
   450 Newport Center Drive, Suite 200
3  Newport Beach, California 92660
   Telephone: 949.644.5300
4  Facsimile: 949.644.5301
   E-Mail: mva-esq@pacbell.net
5
   Attorney for Defendant,
6  WMC Mortgage Corp. and
   General Electric Corporation
7

8              UNITED STATES DISTRICT COURT

9         FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 JUAN QUINTERO, an individual, and        ) CASE NO. C09-00866 ~~MEJ~~  CRB
   NANCY QUINTERO, an individual            )
12                                          ) STIPULATION AND ORDER
                              Plaintiffs,   ) RE RESPONSE TO COMPLAINT
13 vs.                                      )
                                            )
14                                          )
   WELL FARGO BANK, N.A., successor by      )
15 merger to Wells Fargo Home Mortgage,     )
   Inc., a California corporation, dba      )
16 AMERICA'S SERVICING COMPANY,              )
   WMC MORTGAGE CORP., a California         )
17 corporation, GENERAL ELECTRIC             )
   COMPANY, a New York Corporation,         )
18 MORTGAGE ELECTRONIC                       )
   REGISTRATION SYSYTEMS, INC., a           )
19 Delaware Corporation, and DOES 1         )
   through 50, inclusive,                    )
20                                          )
                              Defendants.   )
21 _____ )

22     **WHEREAS,** Plaintiff has duly served Defendant General Electric Company ("GE")

23 with a copy of the summons and complaint in this action;

24     **WHEREAS,** Plaintiff has yet to serve Defendant WMC Mortgage Corp. with a copy

25 of the summons and complaint in this action;

26     **WHEREAS,** GE and WMC Mortgage Corp. will be jointly represented by the same

27 attorney of record who has agreed to accept service of process on behalf of WMC Mortgage

28

STIPULATION AND ORDER RE RESPONSE TO COMPLAINT                                      1

1  Corp. ;

2  **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED** by and
3  between Henry Chuang, Esq. of The Litigation Law Group, attorneys for Plaintiffs, Juan
4  Quintero and Nancy Quintero, and Mark V. Asdourian, Esq., attorney for Defendants, GE
5  and WMC Mortgage, LLC, the successor in interest to and erroneously sued herein as
6  WMC Mortgage Corp. ("WMC"), that (i) WMC shall be deemed to have been duly served
7  with a copy of the summons and complaint on March 27, 2009; and that (ii) GE's and
8  WMC's response to Plaintiff's complaint shall be filed on or before April 20, 2009.

9  DATED: March 27, 2009        Mark V. Asdourian, Esq.
                                 Attorney & Counsellor At Law,
10                               A Professional Corporation

11

12
                                 By:_____
13                               Mark V. Asdourian, Esq.,
                                 Attorneys for Defendants,
14                               WMC Mortgage, LLC and
                                 General Electric Company
15
   DATED: March 30, 2009         THE LITIGATION LAW GROUP
16

17

18
                                 By:_____
19                               Henry Chuang, Esq.
                                 Attorneys for Plaintiffs,
20                               Juan Quintero and Nancy Quintero

21
   **IT IS SO ORDERED:**
22
   DATED:   March 31, 2009
23

24

25     HONORABLE
       UNITED STATES                    IT IS SO ORDERED
26                                      Judge Charles R. Breyer

27

28

**STIPULATION AND ORDER RE RESPONSE TO COMPLAINT**                    2

Mark V. Asdourian, Esq.
Attorney & Counsellor At Law
A Professional Corporation
450 Newport Center Drive, Suite 200
Newport Beach, California 92660
Telephone: 949.644.5300
Facsimile: 949.644.5301