LAWRENCE P. RAMIREZ (SBN 141550)
HENRY CHUANG (SBN 250628)
BRIAN MCFARLIN (SBM 259099)
THE LITIGATION LAW GROUP
111 NORTH MARKET STREET, SUITE 1010
SAN JOSE, CA 95113
PHONE (408) 971-1119
FAX (408) 971-1129

Attorney for Plaintiffs
Juan C. Quintero and Nancy O. Quintero

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN QUINTERO, an individual, and NANCY QUINTERO, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>WELLS FARGO BANK, N.A., successor by merger to Wells Fargo Home Mortgage, Inc., a California Corporation, dba AMERICA'S SERVICING COMPANY, WMC MORTGAGE CORP, an California Corporation, GENERAL ELECTRIC COMPANY, a New York Corporation, MORTGAGE ELECTRONIC REGISTRATIONS SYSTEMS, INC., a Delaware Corporation, and DOES 1 through 50, inclusive,<br><br>Defendants | Case No.: 09-CV-00866 CRB<br><br>**STIPULATION AND ORDER TO REMAND CASE TO STATE COURT** |

- 1 -
STIPULATION AND ORDER TO REMAND CASE TO STATE COURT – 09-CV-00866 CRB

Whereas Defendant's Notice of Removal cited, in support of federal jurisdiction, causes of action that no longer existed in Plaintiff's previously filed complaint;

Whereas Defendant's Notice of Removal thus had no subject matter jurisdiction to support it;

Whereas Parties seek to minimize costs of litigation and to minimize the use of judicial resources. Accordingly,

IT IS HEREBY STIPULATED by and between the parties to the above-entitled actions, through their respective counsel;

1. That the case at hand is remanded to the Superior Court of the State of California, County of Alameda.

2. That all Defendants' Motions to Dismiss, currently set for May 29, 2009 at 10:00 AM in this Department, are hereby taken off calendar.

3. That Defendants have 30 days from the date this Stipulation and Order is signed by the Court to respond to Plaintiffs' First Amended Complaint.

Dated: 5/4/09

THE LITIGATION LAW GROUP

By: Brian D. McFarlin
Attorney for Plaintiffs Juan Quintero and Nancy Quintero

Dated: 4\29\09

SEVERSON & WERSON

By: Andrew W. Noble
Attorney for Defendant Wells Fargo Bank, N.A. dba America's Servicing Company

- 2 -

STIPULATION AND ORDER TO REMAND CASE TO STATE COURT – 09-CV-00866 CRB

Dated: 29 April 2009

By: Mark Vaughn Asdourian
Attorney for Defendants General Electric
Company and WMC Mortgage Corp.

AS GOOD CAUSE EXISTS, IT IS SO ORDERED:

Dated: May 4, 2009

IT IS SO ORDERED
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

- 3 -

STIPULATION AND ORDER TO REMAND CASE TO STATE COURT – 09-CV-00866 CRB